UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA PEREZ,

       Plaintiff,                      Case No. 1:18–cv–01134–PLM–RSK

v.                                 Hon. Paul L. Maloney

STURGIS PUBLIC SCHOOLS, et al.,

       Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

     NOTICE is hereby given that the above–captioned case was filed in this court on October 2, 2018 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:   October 3, 2018      By:   /s/ C. Wenners_____
                                              Deputy Clerk