INDEX OF EXHIBITS

1. Due Process Complaint

2. Opinion and Order re *Richards v Sturgis*

3. *Christine v Espanola Public Schools*