UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA PEREZ, next friend of )
MIGUEL LUNA PEREZ, )
     Plaintiff, )
 )  No. 1:18-cv-1134
-v- )
 )  Honorable Paul L. Maloney
STURGIS PUBLIC SCHOOLS and STURGIS
PUBLIC SCHOOLS BOARD OF EDUCATION, )
     Defendants. )
 )

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

 Plaintiff Miguel Luna Perez, by his next friend Maria Perez, brings claims that Defendants, Sturgis Public Schools and the Sturgis Public Schools Board of Education, violated the Americans with Disabilities Act, 42 U.S.C. § 12131 *et seq.*, and the Michigan Persons with Disabilities Civil Rights Act, MCL 37.1101 *et seq.* Defendant Sturgis Public School District moved to dismiss Perez's claims (ECF No. 11), but that motion made no reference to Defendant Sturgis Public Schools Board of Education. The Court granted that motion as to Defendant Sturgis Public School District (ECF No. 29). Sturgis Public Schools Board of Education now brings the exact same motion to dismiss, noting that the original filing was intended to apply to both Defendants (ECF No. 20).

 Having granted Defendant Sturgis Public School District's motion to dismiss, the Court now adopts the same reasoning and applies it to Defendant Sturgis Public Schools Board of Education's motion to dismiss. Accordingly, for the reasons outlined in ECF No. 29,

**IT IS ORDERED** that Defendant Sturgis Public Schools Board of Education's motion to dismiss (ECF No. 20) is **GRANTED**.

**JUDGMENT TO FOLLOW.**

Date:  December 19, 2019  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge