UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARIA PEREZ, next friend of <br> MIGUEL LUNA PEREZ, <br>                 Plaintiff, <br> -v- <br> STURGIS PUBLIC SCHOOLS and STURGIS <br> PUBLIC SCHOOLS BOARD OF EDUCATION, <br>                 Defendants. | No. 1:18-cv-1134 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the orders entered on this date (ECF Nos. 29, 30), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 19, 2019                           /s/ Paul L. Maloney

                                                              Paul L. Maloney <br>
                                                              United States District Judge