UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIGUEL LUNA PEREZ, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>STURGIS PUBLIC SCHOOLS and STURGIS )<br>PUBLIC SCHOOLS BOARD OF )<br>EDUCATION, )<br>Defendants. )<br>_____ ) | No. 1:18-cv-1134<br><br>Honorable Paul L. Maloney |

## NOTICE OF APPEAL

Notice is hereby given that Miguel Perez, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Adopting Report and Recommendation Granting Defendant Sturgis Public Schools' Motion to Dismiss the Complaint (DE 29) entered on December 19, 2019, the Order Granting Defendant Sturgis Public Schools Board of Education's Motion to Dismiss (DE 30) entered on December 19, 2019, and the Judgment (DE 31) entered on December 19, 2019.

                                        Respectfully submitted,

Dated: January 17, 2020        /s/ *Mitchell D. Sickon*
                                        Mitchell D. Sickon (P82407)
                                        Mark A. Cody (P42695)
                                        Michigan Protection and Advocacy Service, Inc.
                                        4095 Legacy Parkway, Suite 500
                                        Lansing, MI 48911-4263
                                        (517) 487-1755
                                        mcody@mpas.org
                                        msickon@mpas.org

                                        Brittany Shrader
                                        National Association of the Deaf Law and Advocacy Center
                                        8630 Fenton Street, Suite 820
                                        Silver Spring, MD 20910

(301) 587-7466
brittany.shrader@nad.org

Ellen Saideman
Law Office of Ellen Saideman
7 Henry Driver
Barrington, RI 02806
(401) 258-7276
esaidman@yahoo.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to those on the service list below.

## SERVICE LIST

Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
Giarmarco, Mullins & Horton, P.C.
Attorneys for Defendant, Sturgis Public Schools
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com