UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 20-1076

MIGUEL LUNA PEREZ,

    Plaintiff - Appellant,

v.

STURGIS PUBLIC SCHOOLS; STURGIS PUBLIC SCHOOLS BOARD OF EDUCATION,

    Defendants - Appellees.

**FILED**
Jun 25, 2021
DEBORAH S. HUNT, Clerk

Before: BOGGS, STRANCH, and THAPAR, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's dismissal of Miguel Luna Perez's case is AFFIRMED.

                                                ENTERED BY ORDER OF THE COURT

                                               Deborah S. Hunt, Clerk