# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 15, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 17, 2021
DEBORAH S. HUNT, Clerk

Re:  Miguel Luna Perez
     v. Sturgis Public Schools, et al.
     No. 21-887
     (Your No. 20-1076)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 13, 2021 and placed on the docket December 15, 2021 as No. 21-887.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst