# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 3, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Oct 11, 2022
DEBORAH S. HUNT, Clerk

Re: Miguel Luna Perez
    v. Sturgis Public Schools, et al.
    No. 21-887
    (Your No. 20-1076)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk