# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 24, 2023

Mr. Kenneth Bennett Chapie
Giarmarco, Mullins & Horton
101 W. Big Beaver Road
Suite 1000
Troy, MI 48084

Ms. Catherine Merino Reisman
Reisman Carolla Gran
19 Chestnut Street
Haddonfield, NJ 19130

Ms. Ellen Marjorie Saideman
Law Office
7 Henry Drive
Barrington, RI 02806

Mr. Mitchell Sickon
Disability Rights Michigan
4095 Legacy Parkway
Suite 500
Lansing, MI 48911

Re:  Case No. 20-1076, *Miguel Perez v. Sturgis Public Schools, et al*
     Originating Case No. : 1:18-cv-01134

Dear Counsel,

   The Court issued the enclosed order today in this case.

                                       Sincerely yours,

                                       s/Cathryn Lovely
                                       Case Manager

cc:  Mr. Thomas Dorwin

Enclosure

No. 20-1076

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| MIGUEL LUNA PEREZ, | ) | |
|     Plaintiff-Appellant, | ) ) | |
| v. | ) ) ) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN AT GRAND RAPIDS |
| STURGIS PUBLIC SCHOOLS; STURGIS PUBLIC SCHOOLS BOARD OF EDUCATION, | ) ) ) ) | ORDER |
|     Defendants-Appellees. | ) | |

**FILED**
Apr 24, 2023
DEBORAH S. HUNT, Clerk

ON REMAND FROM THE UNITED STATES SUPREME COURT

**Before: BOGGS, STRANCH, and THAPAR, Circuit Judges.**

On June 25, 2021, a divided panel of this court affirmed the district court's dismissal of Miguel Perez's complaint on the basis that he had failed to satisfy the exhaustion provision of the IDEA, 20 U.S.C. § 1415(*l*), and held that this failure barred his ADA claim. *See Perez v. Sturgis Public Schools*, 3 F.4th 236, 245 (6th Cir. 2021). The Supreme Court granted review and reversed our decision, holding that nothing in § 1415(*l*) precludes Perez's ADA lawsuit. *Luna Perez v. Sturgis Public Schools*, 143 S. Ct. 859, 865-66 (2023). In light of the Court's decision, we **VACATE** the judgment of the district court, and **REMAND** the case for further proceedings consistent with the opinion of the Supreme Court.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk