UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Maria Perez,

    Plaintiff,                                 Hon. Paul L. Maloney

v.                                               Case No. 1:18-cv-01134

Sturgis Public Schools, et al.,

    Defendants,

_____/

## **ORDER**

The Court was informed on September 12, 2023, during the settlement conference of the parties' agreement to settle this matter in its entirety. Accordingly, it is **ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Paul L. Maloney, shall be filed with the Court by **October 4, 2023**.

Date: September 13, 2023

                                                              /s/Phillip J. Green
                                                              PHILLIP J. GREEN
                                                              United States Magistrate Judge