UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MIGUEL LUNA PEREZ,

       Plaintiff,                  Judge Paul L. Maloney
                                        Magistrate Judge Ray Kent
v                                                 No. 18-01134

STURGIS PUBLIC SCHOOLS and
STURGIS PUBLIC SCHOOLS BOARD
OF EDUCATION,

       Defendants.
_____/

| | |
|---|---|
| Mark Cody (P42695) | Timothy J. Mullins (P28021) |
| Mitchell Sickon (P82407) | Kenneth B. Chapie (P66148) |
| Disability Rights Michigan | Annabel F. Shea (P83750) |
| *Attorney for Plaintiff* | Giarmarco, Mullins & Horton, P.C. |
| 4095 Legacy Parkway, Ste. 500 | *Attorneys for Defendants* |
| Lansing, MI 48911 | 101 W. Big Beaver Road, 10th Floor |
| (517) 487-1755 | Troy, MI 48084-5280 |
| mcody@drmich.org | (248) 457-7020 |
| msickon@drmich.org | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| Brittany Shrader | ashea@gmhlaw.com |
| National Association of the Deaf Law | |
| and Advocacy Center | |
| *Attorney for Plaintiff* | |
| 8630 Fenton Street, Ste. 820 | |
| Silver Spring, MD 20910 | |
| (301) 587-7466 | |
| brittany.shrader@nad.org | |
| | |
| Ellen Saideman | |
| *Attorney for Plaintiff* | |
| Law Office of Ellen Saideman | |
| 7 Henry Driver | |
| Barrington, RI 02806 | |
| (401) 258-7276 | |
| esaidman@yahoo.com | |
| esaideman@gmail.com | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned cause is dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/ Mitchell D. Sickon (P82407)
Attorney for Plaintiff

/s/ Kenneth B. Chapie (P66148)
Attorney for Defendants