UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MIGUEL LUNA PEREZ,

        Plaintiff,           Judge Paul L. Maloney
                                     Magistrate Judge Ray Kent
v                                      No. 18-01134

STURGIS PUBLIC SCHOOLS and
STURGIS PUBLIC SCHOOLS BOARD
OF EDUCATION,

        Defendants.
_____/

| | |
|---|---|
| Mark Cody (P42695) | Timothy J. Mullins (P28021) |
| Mitchell Sickon (P82407) | Kenneth B. Chapie (P66148) |
| Disability Rights Michigan | Annabel F. Shea (P83750) |
| *Attorney for Plaintiff* | Giarmarco, Mullins & Horton, P.C. |
| 4095 Legacy Parkway, Ste. 500 | *Attorneys for Defendants* |
| Lansing, MI 48911 | 101 W. Big Beaver Road, 10th Floor |
| (517) 487-1755 | Troy, MI 48084-5280 |
| mcody@drmich.org | (248) 457-7020 |
| msickon@drmich.org | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| Brittany Shrader | ashea@gmhlaw.com |
| National Association of the Deaf Law | |
|  and Advocacy Center | |
| *Attorney for Plaintiff* | |
| 8630 Fenton Street, Ste. 820 | |
| Silver Spring, MD 20910 | |
| (301) 587-7466 | |
| brittany.shrader@nad.org | |
| | |
| Ellen Saideman | |
| *Attorney for Plaintiff* | |
| Law Office of Ellen Saideman | |
| 7 Henry Driver | |
| Barrington, RI 02806 | |
| (401) 258-7276 | |
| esaidman@yahoo.com | |
| esaideman@gmail.com | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned cause is dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

Date:  October 18, 2023        /s/ Paul L. Maloney
                               U.S. District Court Judge


I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:


/s/ Mitchell D. Sickon (P82407)
Attorney for Plaintiff


/s/ Kenneth B. Chapie (P66148)
Attorney for Defendants